LOUIS W. HILL, ADMINISTRATOR OF THE ESTATE OF JAMES J. HILL, APPELLANT, v. NEWTON A. K. BUGBEE, COMPTROLLER, &c., ET AL., RESPONDENTS.

Argued June 24, 1918—Decided October 11, 1918.

On appeal from the Supreme Court, whose opinion is reported in 91 *N. J. L.* 454.

For the appellant, *Coult & Smith.*

For the respondents, *John W. Wescott,* attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

· *For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, MINTURN, KALISCH, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 10.

*For reversal*—None.